**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01569-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JOHN M. CHERRY, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F10-72386**

## ORDER

The Court **GRANTS** the State's February 10, 2014 motion to supplement the record. We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing copies of the pass slips dated: March 5, 2013; April 9, 2013; April 30, 2013; May 9, 2013; June 12, 2013; June 27, 2013; July 10, 2013; August 16, 2013; and September 13, 2013.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/ LANA MYERS
JUSTICE